IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0729

WILLIAM WISE,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed November 13, 2017.

An appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

William Wise, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, ROWE, and WINSOR, JJ., CONCUR.